## Vehicle Condition Report:

Owner Name: Phillip Pawlowski

Prepared as of: June 6, 2008

Vehicle Description: 2005 (Year)   Kia (Make)   Sorento (Model)

Serial Number (VIN): KNDJC733755451737   Mileage: 55,650   Plate: ___   Color: ___

|                | No | Yes |                  | No | Yes |            | No | Yes |
|----------------|----|-----|------------------|----|-----|------------|----|-----|
| Cruise Control |    | X   | Pwr Door Locks   |    | X   | AM/FM      |    | X   |
| Theft Deterent |    | X   | Leather Int      | X  |     | Tape/CD    |    | X   |
| ABS Brakes     | X  |     | Air Conditioning |    | X   | Automatic  |    | X   |
| Tilt Wheel     | X  |     | T Tops           | X  |     | 4-Speed    | X  |     |
| Pwr Windows    |    | X   | Sunroof          | X  |     | 5-Speed    | X  |     |
| Pwr Seats      |    | X   | Pwr Sunroof      | X  |     | 4 x 4      |    | X   |

Other items: Ix

|              | Good | Fair | Poor |             | Good | Fair | Poor |              | Good | Fair | Poor |
|--------------|------|------|------|-------------|------|------|------|--------------|------|------|------|
| Grill        | X    |      |      | Lights      | X    |      |      | Interior     | X    |      |      |
| Front Bumper | X    |      |      | Rear Bumper | X    |      |      | Engine       | X    |      |      |
| Hood         | X    |      |      | Roof        | X    |      |      | Transmission | X    |      |      |
| Right Fender | X    |      |      | Left Fender | X    |      |      | Brakes       | X    |      |      |
| Right Door(s)| X    |      |      | Left Door(s)| X    |      |      | Paint Finish | X    |      |      |
| Right Qtr Panel | X |      |      | Left Qtr Panel | X |      |      | Tires        | X    |      |      |

Comments: ___

## Valuation Report: Based on Manheim Retail Report - Mid West Region - June 2008 Edition

|                                       | Est Retail Value |
|---------------------------------------|------------------|
| Average Base Value:                   | $8,250.00        |
| Mileage Class: Average                | $0.00            |
| Add-ons/Deducts                       |                  |
| Other Adjustments (describe):         |                  |
| Appraised Value:                      | $8,250.00        |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current edition of Manheim Retail Report publication by experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/S/ Robyn L Miller
Robyn L Miller, Loan Originator

Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539