## UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF
## ILLINOIS WESTERN DIVISION

Judge: Honorable Manuel Barbosa                    Date of Hearing:  8/13/08

Case No.: 08 B 72055                               Adversary No.:

Title of Cause:  In Re:  Phillip P. & Athena M. Pawlowski

Brief Statement of Motion:    Motion to Redeem Under 11 U.S.C. 722

The rules of this court require counsel to furnish the names of all parties entitled to notice of the entry of an order and
the names and addresses of their attorneys.  Please do this immediately below (separate lists may be appended).

Names and              Legal Helpers, P.C.
Addresses of           233 S Wacker Dr Ste 5150
Moving counsel         Chicago, Illinois 60606


Representing:          Debtor


Names and
Addresses of
other counsel
entitled to
notice and names
of parties they
represent

### ORDER

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 7** |
| **PHILLIP P. & ATHENA M.** | ) | |
| **PAWLOWSKI** | ) | **08 B 72055** |
| | ) | |
| **Debtor(s)** | ) | **Judge Barbosa** |

_____

### <u>ORDER GRANTING REDEMPTION</u>

Upon the motion of the Debtor(s), the Court finds as follows:

A.       The tangible personal property described below is intended primarily for personal, family or household use of the debtor(s):

Year: <u>2005</u>     Make: <u>Kia</u>    Model: <u>Sorento</u>      VIN#: <u>KNDJC733755451737</u>

B.       The Debt owing Chrysler Financial is a dischargeable consumer debt and the Debtor(s) interest in such property is exempt or has been abandoned by the estate.

C.       The value of the secured claim of Chrysler Financial for redemption purposes, the "redemption amount" is $8,250.00.

**IT IS HEREBY ORDERED,**

1.       That the Debtor(s) may redeem the subject property by paying to Chrysler Financial on or before the 30th day following entry of this Order the redemption amount.
2.       Upon timely receipt of such payment, Chrysler Financial is ordered to cancel its lien of record and surrender the certificate of title in accord with Debtor instruction.
3.       In the event of the failure of the Debtor(s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

DATED:_____                    SIGNED_____
                                        United States Bankruptcy Judge

Prepared By:
Legal Helpers, P.C.
233 S Wacker Dr, Ste 5150
Chicago, IL 60606