**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | In proceedings under Chapter 7 |
| | ) | Honorable Manuel Barbosa |
| Phillip M. Pawlowski, | ) | |
| Athena P. Pawlowski, | ) | Case No. 08 B 72055 |
| | ) | |
| Debtors. | ) | |

**RESPONSE TO DEBTORS' MOTION**
**FOR REDEMPTION**

COMES NOW DaimlerChrysler Financial Services Americas, L.L.C. ("Chrysler Financial"), by counsel, and responds as follows to Debtors' Motion for Redemption:

1. Chrysler Financial admits the allegations contained in paragraphs 1 through 2.

2. Chrysler Financial denies the allegations contained in paragraph 3.

3. Chrysler Financial lacks sufficient information to admit or deny the allegations contained in paragraph 4 and so, denies same.

4. Chrysler Financial admits the allegations contained in paragraph 5.

5. Chrysler Financial maintains that the fair market value of the 2005 Kia Sorento is at least $12,775.00 based upon N.A.D.A. Used Car Guide. See Exhibit A attached hereto and incorporated herein by reference.

WHEREFORE, Chrysler Financial respectfully prays that this Court deny Debtors' Motion for Redemption, and for any such other and further relief as this Court may deem just and proper.

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO  63105
(314) 727-0101
Attorneys for Chrysler Financial

## PROOF OF SERVICE

      The undersigned states that I served the attached Response to Motion of Redemption filed by DaimlerChrysler Financial Services Americas, L.L.C. upon the parties named below by first-class mail, postage prepaid, on the 29th day of July, 2008.  Parties able to receive electronic filing also receive a copy electronically.

| | |
|---|---|
| Phillip M. Pawlowski<br>246 Rochester Road<br>Poplar Grove, IL 61065 | Debtor |
| Athena P. Pawlowski<br>246 Rochester Road<br>Poplar Grove, IL 61065 | Debtor |
| Zlatina Meier<br>233 S. Wacker, #5150<br>Chicago, IL 60606 | Attorney for Debtors |
| Daniel Donahue<br>P.O. Box 2903<br>Rockford, IL 61132-2903 | Chapter 7 Trustee |
| Office of the United States Trustee<br>780 Regent Street, Suite 304<br>Madison, WI 53715 | |

                                                  **/s/ Kathryn A. Klein**