# N.A.D.A. Official Used Car Guide
## Vehicle Summary N.A.D.A. Values
### 7/24/2008

| | | | | |
|---|---|---|---|---|
| Region: | Central July, 2008 | Stock #: | | |
| Vehicle Description: | 2005 KIA Sorento-V6 Utility 4D LX 4WD | VIN: | KNDJC733755451737 | |
| MSRP: | $20,900 | Weight: | 4,306 | |
| Mileage: | 55,650 | | | |

| | Clean Retail | Clean Trade-In | Loan |
|---|---|---|---|
| **Base Value** | $13,075 | $10,775 | $9,700 |
| **Optional Equipment** | | | |
| Theft Recovery Sys | $125 | $100 | $100 |
| **Option Total** | $125 | $100 | $100 |
| **Mileage Adjustment** | -$425 | -$425 | -$425 |
| **Total N.A.D.A. Official Used Car Guide Values** | $12,775 | $10,450 | $9,375 |

All N.A.D.A. values are reprinted with permission of NADA Used Car Guide Copyright © NADASC 2008


EXHIBIT A

http://www.nada.com/b2b/VV/UsedCar/reports/nadaval.asp    7/24/2008